Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: "See paragraph 1 below."

_Randall L. Dunn_
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Davena R. Buck,<br><br>                Debtor.<br><br>———————————————<br><br>Oregon Community Credit Union,<br><br>                Plaintiff.<br><br>Davena R. Buck,<br><br>                Defendant. | Case No. 15-31848-rld7<br><br>Adv. Proc. No. 15-3154-rld<br><br>STIPULATED JUDGMENT OF NONDISCHARGEABILITY (Oregon Community Credit Union) |

Based upon the stipulation of Oregon Community Credit Union ("Plaintiff"), through its counsel, and Davena R. Buck ("Defendant"), through her counsel, which is set forth below, it is hereby

///

**PAGE 1 OF 3** – STIPULATED JUDGMENT OF NONDISCHARGEABILITY (Oregon Community Credit Union)

**MONSON LAW OFFICE P.C.**
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

**ADJUDGED:**

1. Plaintiff is hereby awarded a money judgment against Defendant in the amount of $3,000.00 with no interest accruing thereon; and

2. The money judgment awarded in favor of Plaintiff and against Defendant in this case is hereby declared nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

MONEY AWARD

JUDGMENT CREDITOR:                     Oregon Community Credit Union
                                       PO Box 77002
                                       Springfield, OR 97475

ATTORNEY FOR JUDGMENT
CREDITOR:                              Scott J. Mitchell
                                       Monson Law Office P.C.
                                       1865 NW 169th Place, Suite 208
                                       Beaverton, OR 97006

JUDGMENT DEBTOR:                       Davena R. Buck
                                       1247 NW 6th Unit 9
                                       Beaverton, OR 97756

AMOUNT OF JUDGMENT:                    $3,000

PRE-JUDGMENT INTEREST:                 $0.00

POST-JUDGMENT INTEREST:                None

3. The parties agree and so stipulate that Defendant shall pay monthly installments of $50.00 to Plaintiff until the judgment balance is paid in full.   In the event the

///

///

///

///

///

**PAGE 2 OF 3** – STIPULATED JUDGMENT OF
NONDISCHARGEABILITY (Oregon Community Credit Union)

MONSON LAW OFFICE P.C.
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

monthly installment payments are not made by Defendant, Plaintiff may exercise all

legal rights and remedies and proceed against Defendant to collect the judgment.

### 

Plaintiff and Defendant hereby stipulate to the entry of judgment as set forth above.


**IT IS SO STIPULATED:**

LAW OFFICE OF PAUL HEATHERMAN P.C.


By: /s/ Paul B. Heatherman
    Paul B. Heatherman, OSB No. 933000
    Attorney for Davena R. Buck



MONSON LAW OFFICE P.C.


By: /s/ Scott J. Mitchell

    Scott Mitchell, OSB No. 114644
    Attorneys for Oregon Community Credit Union

**PRESENTED BY:**

MONSON LAW OFFICE P.C.


By: /s/ Scott J. Mitchell
    Scott Mitchell, OSB No. 114644
    Attorneys for Oregon Community Credit Union

**MONSON LAW OFFICE P.C.**
**1865 NW 169th Place, Suite 208**
**Beaverton, OR 97006**
**Telephone: 503-828-1820**
**Facsimile: 503-828-1893**